AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court

### for the
### Western District of New York

**United States of America**

v.

**James J. Timpanaro**

Case No. 18-mj- / 7 5

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **James J. Timpanaro**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

On or about October 27, 2018, in the Western District of New York, and elsewhere, the defendant JAMES TIMPANARO, did knowingly engage in conduct with the intent to convey false or misleading information under circumstances where such information may reasonably be believed, and where such information indicated that an activity has taken, is taking, or will take place that would constitute a violation of Title 18 United States Code, Section 844(f)(1), that is attempt to damage or destroy, by means of a fire or an explosive, any building or real property owned, possessed or leased to the United States.

Date: November 2, 2018

_____
*Issuing officer's signature*

City and State:  Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

---

### Return

This warrant was received on *(date)* 11/2/2018 , and the person was arrested on *(date)* 11/2/2018 , at *(city and state)* Buffalo, NY .

Date: 11/6/2018

_____
*Arresting officer's signature*

Krystie Brown, Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   **James J. Timpanaro**

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

| | | | |
|---|---|---|---|
| Height: | **5'06"** | Weight: | **120** |
| Sex: | **Male** | Race: | **White** |
| Hair: | **Brown** | Eyes: | **Brown** |

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relations, address, phone number)*:

FBI number:   **440812EA3**

Complete description of auto:

Investigative agency and address:   **FBI Buffalo. SA Krystie Brown, 716-725-5991**

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: