UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

Timpanaro, James,

              Defendant.

ORDER

0209 1:18-00175M-001

---

It is hereby ordered that the defendant be released to the custody of a representative of the Department of Veteran's Affairs for residential treatment on Monday, December 17, 2018 at 9:00 a.m.

**SO ORDERED.**

                                                    H. Kenneth Schroeder, Jr.
                                                    U.S. Magistrate Judge

DATED:   December 13, 2018
              Buffalo, New York