UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.

JAMES TIMPANARO,

           Defendant.
_____

19-CR-27-FPG

STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCNG FACTORS

      **FONDA DAWN KUBIAK**, affirms under penalty of perjury that:

      I am an Assistant Federal Public Defender in the Western District of New York and represent the Defendant, Morgan Fallon, in the above-entitled action brought by the United States of America. I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.

      In accordance with those rules, it is hereby stated on behalf of the Defendant, that I have reviewed the Presentence Report and have discussed the same with James Timpanaro. Mr. Timpanaro does not dispute any of the calculations contained in the report.

      The Defendant requests that the Court advise him about all information which it will consider in imposing sentence which negatively impacts on the Defendant and about which the Defendant has no prior notice from the Presentence Report, including, but not limited to, *ex parte* communications with United States Probation Officers and victims. *United States v. Mueller*,

168 F.3d 186 (5th Cir. 1999); *United States v. Corace*, 146 F.3d 51 (2d Cir. 1998); *United States v. Rivera*, 96 F.3d 41 (2d Cir. 1996).

    **DATED**:  Buffalo, New York, October 22, 2019.

                      Respectfully submitted,

                      **/s/  Fonda Dawn Kubiak**
                      Fonda Dawn Kubiak
                      Assistant Federal Public Defender
                      Federal Public Defender's Office
                      300 Pearl Street, Suite 200
                      Buffalo, New York 14202
                      (716) 551-3341, (716) 551-3346 (Fax)
                      fonda_kubiak@fd.org
                      *Counsel for Defendant James Timpanaro*

**TO:**    Joel L. Violanti
         Assistant United States Attorney

         Alexandra G. Piskorz
         United States Probation Officer