AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>**JAMES TIMPANARO**<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:19-CR-27-01 |

*FILED FEB 27 2020 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

*RECEIVED 2020 FEB 19 PM 4:02*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __James Timpanaro__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

VIOLATION OF SUPERVISION

Date: __02/19/2020__

*Issuing officer's signature*

City and state: __Buffalo, NY__

MARY C. LOEWENGUTH, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __2-19-20__, and the person was arrested on *(date)* __2-27-20__
at *(city and state)* __Lakeville, NY__.

Date: __2-27-20__

*Arresting officer's signature*

*Printed name and title*