AO 245D    (Rev. 11/16) Judgment in a Criminal Case for Revocations                                              (5600353)
           Sheet 1

# UNITED STATES DISTRICT COURT
## Western District Of New York

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| James Timpanaro | Case Number: 1:19CR00027-001 |
| | USM Number: 28381-055 |
| | Fonda Kubiak, FPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of charges(s)    1    of the term of supervision.

☐ was found in violation of charges(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | The defendant shall reside at the Volunteers of America Residential Re-entry Center (VOA/RRC) for three months (3) and obey all rules and regulations. | February 16, 2020 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Charges  2 & 3  are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 8, 2021
Date of Imposition of Judgment

Signature of Judge

Honorable Frank P. Geraci Jr., U.S. District Judge
Name and Title of Judge

9/13/2021
Date

AO 245D    (Rev. 11/16) Judgment in a Criminal Case for Revocations    (5600353)
           Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: James Timpanaro | Judgment — Page  2  of  4 |
| CASE NUMBER: 1:19CR00027-001 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
Five (5) months to run consecutive to sentence imposed in Case Number 1:20CR00085 **with no supervised release to follow.**

The cost of incarceration fee is waived.

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐    at _____    ☐ a.m.    ☐ p.m.    on _____ .

   ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐    before 2 p.m. on _____ .

   ☐    as notified by the United States Marshal.

   ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL